# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sean Latrel Glenn <br> *Plaintiff* <br> v. <br> South Carolina Department of Corrections, D <br> Bochman *DHO Hearing Officer* <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No.     2:19-cv-01517-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Sean Latrel Glenn, shall take nothing of Defendants, South Carolina Department of Corrections, D
Bochman *DHO Hearing Officer*, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with
prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding.  The Court having adopted
the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   September 24, 2019                 *ROBIN L. BLUME, CLERK OF COURT*

                                            s/H.Adaway

                                          *Signature of Clerk or Deputy Clerk*