IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Sean Latrel Glenn, #317772, | ) | |
| | ) | |
| | ) | C.A. No. 2:19-1517-HMH-MGB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| D. Bochman, DHO Hearing Officer, | ) | |
| South Carolina Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Sean Latrel Glenn's ("Glenn") letter, which the court construes as a pro se motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. After consideration, the court denies Glenn's motion.

In his complaint, Glenn alleges that his rights have been violated in relation to a disciplinary charge against him at the prison where he is housed. (Compl., generally, ECF No. 1.) The magistrate judge recommended dismissing the case for failure to state a claim. (R&R, generally, ECF No. 17.) After receiving no objections to the Report and Recommendation, the court adopted the Report and Recommendation and dismissed this case in an order dated September 24, 2019. (Sept. 24, 2019 Order, ECF No. 19.) On October 24, 2019,[1] Glenn filed a letter rearguing his position in this case. (Letter, ECF No. 22.)

Rule 60(b) "invest[s] federal courts with the power in certain restricted circumstances to vacate judgments whenever such action is appropriate to accomplish justice." Compton v. Alton

---

[1] Houston v. Lack, 487 U.S. 266 (1988).

1

S.S. Co., 608 F.2d 96, 101-02 (4th Cir. 1979) (internal quotation marks and citation omitted). "The remedy provided by the Rule, however, is extraordinary and is only to be invoked upon a showing of exceptional circumstances." Id. at 102 (citation omitted). Rule 60(b) "does not authorize a motion merely for reconsideration of a legal issue." United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). "Where the motion is nothing more than a request that the district court change its mind . . . it is not authorized by Rule 60(b)." Id. at 313 (citation omitted).

Upon review of Glenn's Rule 60(b) motion, Glenn reasserts his arguments and fails to show any exceptional circumstances or defects in the court's decision. Based on the foregoing, Glenn's motion is denied.

Therefore, it is

**ORDERED** that Glenn's motion for reconsideration pursuant to Rule 60(b), docket number 22, is denied.

**IT IS SO ORDERED.**

              s/Henry M. Herlong, Jr.
              Senior United States District Judge

Greenville, South Carolina
November 6, 2019

### NOTICE OF RIGHT TO APPEAL

The Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.